IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ROBERT P. DAVIS,

    Plaintiff,

v.

                              CIVIL ACTION NO. 21CV740

WISCONSIN PUBLIC SERVICE CORPORATION,

    Defendant.

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO FRCP 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against the Defendant, Wisconsin Public Service Corporation, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), and without costs or attorney's fees awarded to any party.

Respectfully submitted this 7th day of April, 2022.

| Attorneys for Plaintiff | Attorneys for Defendant |
|---|---|
| By: s/Shannon D. McDonald | By: s/Brenna M. Wildt |
| Shannon D. McDonald | Sean M. Scullen |
| SBN: 1036954 | SBN: 1034221 |
| McDonald & Kloth, LLC | Brenna M. Wildt |
| N96W18221 County Line Rd. #200 | SBN: 1105948 |
| Menomonee Falls, WI 53051 | QUARLES & BRADY, LLP |
| 262-252-9122 PH | 411 E. Wisconsin Avenue, Suite 2400 |
| 414.395.8773 FX | Milwaukee, WI 53202-4426 |
| sdm@themklaw.com | 414-277-5328 PH |
| | brenna.wildt@quarles.com |
| | sean.scullen@quarles.com |